IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00779-AP

Pablo Luna,
      Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,
      Defendant.

---

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:
Steven G. Rosales
12631 East Imperial Highway, Ste C-115
Santa Fe Springs, CA 90670
562-868-5886
rohlfing_office@speakeasy.net

For Defendant:
John F. Walsh
United States Attorney

Kevin T. Traskos
Civil Chief
Assistant United States Attorney
District of Colorado

William G. Pharo
Assistant United States Attorney
District of Colorado

Stephanie Lynn F. Kiley
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street,
Denver, Colorado 80202
(303) 844-0815
Stephanie.kiley@ssa.gov

2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3.    DATES OF FILING OF RELEVANT PLEADINGS

| | | |
|---|---|---|
| A. | Date Complaint was filed: | March 28, 2011 |
| B. | Date Complaint was served on U.S. Attorney's Office: | June 1, 2011 |
| C. | Date Answer and Administrative Record were filed: | August 1, 2011 |

4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5.    STATEMENT REGARDING ADDITIONAL EVIDENCE

Neither party intends to submit additional evidence.

6.    STATEMENT REGARDING WHETHER THIS CASES RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe the cases raises unusual claims or defenses.

7.    OTHER MATTERS

The parties have no other matters to bring to the attention of the Court.

8.    ~~PROPOSED~~ BRIEFING SCHEDULE

The parties respectfully request the following briefing schedule:

| | | |
|---|---|---|
| A. | Plaintiff's opening brief due | October 3, 2011 |
| B. | Defendant's response brief due | November 2, 2011 |
| C. | Plaintiff's reply brief (if any) due | November 17, 2011 |

9.    STATEMENTS REGARDING ORAL ARGUMENT

A.    Plaintiff does not request oral argument.
B.    Defendant does not request oral argument.

10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C. COLO.L.CivR. 7.1(C) BY SUBMITTING PRROF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON ALL ATTORNEYS OF RECORD AND ALL *PRO SE* PARTIES.

12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 11th day of Aug., 2011.

BY THE COURT:

*[signature]*

U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Steven G. Rosales
Steven G. Rosales
12631 East Imperial Highway, Ste C-115
Santa Fe Springs, CA 90670
562-868-5886

JOHN F. WALSH
United States Attorney

KEVIN T. TRASKOS
Civil Chief
Assistant United States Attorney
District of Colorado

WILLIAM G. PHARO
Assistant United States Attorney

s/Stephanie Lynn F. Kiley
Stephanie Lynn F. Kiley
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, Colorado 80202
(303) 844-0815
Stephanie.kiley@ssa.gov